UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

CASE NO.: 1:21-cv-04211

PAUL REIFFER,

    Plaintiff,

v.

ADRENALINE, INC and DAVID JELLINS,

    Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff PAUL REIFFER by and through his undersigned counsel, brings this Complaint against Defendants ADRENALINE, INC and DAVID JELLINS for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff PAUL REIFFER ("Reiffer") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Reiffer's original copyrighted Work of authorship.

2. Reiffer is a professional landscape, cityscape and commercial photographer working worldwide. He is a Fellow of the British Institute of Professional Photography, an Associate of the Royal Photographic Society, winner of the UN International Year of Light competition and the owner of the "world's most exclusive and remote gallery" in the Maldives, which is only accessible by seaplane or speedboat. Reiffer's images of cityscapes, extreme locations, rooftops, heli-shoots, the arctic circle, and others are highly sought after, and he is routinely commissioned for commercial work. Reiffer's images are scarce as they are created

using a Phase One XV iO3/100 100 Megapixel Medium Format digital camera system valued at $60,000.

3. Defendant ADRENALINE, INC ("Adrenaline") is a company that partners with "Experience Providers" to feature adventures around the United States, such as driving experiences, flying experiences, water sports and land adventures, and sells gift certificates to such adventures on its website. Some of the adventures offered are off-road racing, drag racing, Formula1 racing, helicopter rides, skydiving, hot air ballooning, scenic cruises, zip line tours, horseback riding, canyoneering, firearms experiences, fishing, parasailing and many more. At all times relevant herein, Adrenaline operated the internet website located at the URL www.adrenaline.com (the "Website").

4. Defendant David Jellins ("Jellins") is the CEO of Adrenaline and upon information and belief, the owner and registrant of the Website.

5. Defendants Adrenaline and Jellins are collectively referred to herein as "Defendants."

6. Reiffer alleges that Defendants copied Reiffer's copyrighted Work from the internet in order to advertise, market and promote its business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. Defendants are subject to personal jurisdiction in Illinois.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11. Adrenaline, Inc is a Nevada Corporation, with its principal place of business at 801 West Adams Street, Suite 211, Chicago, Illinois, 60607, and can be served by serving its Registered Agent, Mr. Kevin M. Lyons, 5333 Main Street, Downers Grove, Illinois, 60515.

12. David Jellins is an individual residing in Washoe county, state of Nevada and can be served at 5190 Neil Road, Suite 430, Reno, Nevada, 89502.

## THE COPYRIGHTED WORK AT ISSUE

13. In 2013, Reiffer created the photograph entitled "20130706-HorsehoeBend_11K_Final", which is shown below and referred to herein as the "Work".



14. Reiffer registered the Work with the Register of Copyrights on May 8, 2017 and was assigned the registration number VA 2-044-622. The Certificate of Registration is attached hereto as Exhibit 1.

15. Reiffer's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

16. At all relevant times Reiffer was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

17. Defendants have never been licensed to use the Work at issue in this action for any purpose.

18. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

19. On or about August 4, 2019, Reiffer discovered the unauthorized use of his Work on the Website.

20. Defendants copied Reiffer's copyrighted Work without Reiffer's permission.

21. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their adventure experience sales business.

22. Defendants copied and distributed Reiffer's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

23. Reiffer's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

24. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

25. Reiffer never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

26. Reiffer notified Defendants of the allegations set forth herein on November 4, 2020. To date, the parties have failed to resolve this matter. A copy of the Notice to Defendants is attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT

27. Reiffer incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Reiffer owns a valid copyright in the Work at issue in this case.

29. Reiffer registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Reiffer's authorization in violation of 17 U.S.C. § 501.

31. Defendants performed the acts alleged in the course and scope of its business activities.

32. Defendants' acts were willful.

33. Reiffer has been damaged.

34. The harm caused to Reiffer has been irreparable.

WHEREFORE, the Plaintiff Paul Reiffer prays for judgment against the Defendants Adrenaline, Inc and David Jellins that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: August 6, 2021                        Respectfully submitted,

/s/Joel B. Rothman
JOEL B. ROTHMAN
joel.rothman@sriplaw.com
CRAIG A. WIRTH
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Paul Reiffer*